In the Matter of the Claim of MARY A. EATON et al. against METAL ALLOYS, INC., et al., Appellants

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — death of employee from contact of metal bar he was carrying with electric wire — dependency of mother.*

Eaton v. *Metal Alloys, Inc.*, 199 App. Div. 946, affirmed.
(Argued February 28, 1922; decided March 14, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1921, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's son, while in the employ of defendant Metal Alloys, Inc., lifted a copper bar to move it, when the end came in contact with a high tension electric wire and he was electrocuted. Objection to the award for his death was made upon the ground that there was no evidence of dependency.

*E. C. Sherwood, Clarence S. Zipp* and *Benjamin C. Loder* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, CRANE and ANDREWS, JJ. Dissenting: McLAUGHLIN, J. Absent: CARDOZO, J.